# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: CR07-1269 ODW-1 |
|---|---|
| v. ALI KHALIL ELREDA DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

FILED 2010 AUG 13 AM 11:44

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 8/13/10 - 7:00    ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 3583 - SUPERVISE RELEASE VIOLATION
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1976
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFCR   Time: 9:00   AM / PM
14. Remarks (if any): _____

15. Date: 8/13/10
16. Name: I. ndvp___ (Please Print)
17. Agency: USMS
18. Signature: _____
19. Office Phone Number: 213 894-1376

CR-64 (06/09)    REPORT COMMENCING CRIMINAL ACTION