FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

Ali Khalil Elreda

      Defendant.

CR07-522-ODW
CR 07-1268-ODW
CR 07-1269-ODW

ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

      On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

      The court finds no condition or combination of conditions that will reasonably assure:

(A)   ☒   the appearance of defendant as required; and/or

(B)   ☒   the safety of any person or the community.

//

//

1  The court concludes:

2  A.  ( )  Defendant poses a risk to the safety of other persons or the community

3  because defendant has not demonstrated by clear and convincing

4  evidence that:

5

6  _- nature of alleged violation_

7  _- past criminal history_

8

9

10  (B)  ( )  Defendant is a flight risk because defendant has not shown by clear

11  and convincing evidence that:

12

13  _- absence of current info re:_

14  _ties to community +_

15  _available bail resources_

16

17  IT IS ORDERED that defendant be detained.

18

19  DATED: _8/13/10_

20

21

22

23  ~~JOHN E. MCDERMOTT~~  *CARLA WOEHRLE*

24  UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2